**Order entered June 4, 2019**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00311-CV

### BYRON CURTIS COOK, Appellant

### V.

### KEVIN KYSER AND CHRISTOPHER COWMAN, Appellees

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03417-2018**

## ORDER

Before the Court is appellees' May 28, 2019 unopposed first motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellees' brief due on or before June 17, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE